# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CRAIG M., | Case No. 18-CV-908 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

The Court has received the June 10, 2019 Report and Recommendation of United States Magistrate Judge David T. Schultz. [ECF No. 18.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 18] is ACCEPTED;

2. Plaintiff Craig M.'s Motion for Summary Judgment [ECF No. 13] is DENIED;

3. Defendant Nancy A. Berryhill's Motion for Summary Judgment [ECF No. 15] is GRANTED; and

1

4. This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 26, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge